

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00344-CV

_____

CONGHUA YAN, Appellant

V.

FUYAN WANG, Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-344791-23

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss Interlocutory Appeal as Moot and to Tax Appellate Costs Against Appellee" as well as "Appellant's Supplement to Motion to Dismiss Interlocutory Appeal as Moot and to Tax All Appellate Costs." *See* Tex. R. App. P. 42.1(a)(1). We grant the motion, dismiss the appeal, and tax all costs of the appeal against Appellee Fuyan Wang. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Delivered: October 9, 2025